UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:16-cr-00147-10 |
| BRENDA MCGINNIS, | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, Brenda McGinnis's Expedited Motion for Compassionate Release (Doc. No. 472), Second Amended Expedited Motion for Compassionate Release (Doc. No. 506), and Third Amended Expedited Motion for Compassionate Release (Doc. No. 509) are **DENIED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE